DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEDRO BINAGGIA,**
Appellant,

v.

**AMERICAN PLATINUM PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2025-0342

[February 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 062020CA008093AXXXCE.

Michael A. Cassel of Cassel & Cassel, P.A., Hollywood, for appellant.

Kara Rockenbach Link, Daniel M. Schwarz and David A. Noel of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***